UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM HUDSON,

      Plaintiff,                              Case No. 20-cv-13322
                                               Hon. Matthew F. Leitman

v.

BOOKS-A-MILLION, INC.,

      Defendant.

_____/

## ORDER RESOLVING DEFENDANT'S
## MOTION TO COMPEL (ECF No. 8)

On September 14, 2021, Defendants Books-A-Million, Inc. filed a motion to compel discovery and for other relief. (*See* Mot., ECF No. 8.)  The motion had three components.  First, Books-A-Million asked the Court to compel Plaintiff William Hudson to respond to certain outstanding discovery requests. (*See id.*, PageID.67.) Second, Books-A-Million asked the Court to order either that (1) Hudson's deposition be taken via Zoom with Hudson and all counsel appearing from separate locations or (2) Hudson's deposition be taken in person with Hudson and all counsel present in the same location. (*See id.*, PageID.68.)  Finally, Books-A-Million asked the Court to extend the dates in the current scheduling order. (*See id.*, PageID.69-70.)

1

The Court held an off-the-record video status conference with counsel to discuss the motion on November 19, 2021.  Based on the Court's discussion with counsel, Books-A-Million's motion is resolved as follows:

- During the status conference, counsel reported to the Court that they had resolved the first component of Books-A-Million's motion (*i.e.*, Books-A-Million's request for outstanding discovery).  This component of Books-A-Million's motion is therefore **TERMINATED AS MOOT**.

- With respect to the second component of Books-A-Million's motion, Hudson's deposition shall be taken via Zoom.  During the deposition, Hudson and his counsel shall be located in different rooms.  If Books-A-Million's counsel is able to connect to the Zoom deposition via WiFi or other means, counsel may conduct the deposition from a separate room in the same building as Hudson and his counsel.  If Books-A-Million's counsel is unable to connect to the Zoom deposition by WiFi or other means from the same building as Hudson and his counsel, Books-A-Million's counsel shall conduct the deposition from a different physical location.

- Finally, counsel shall submit a new stipulated scheduling order extending the dates in the current scheduling order as discussed during the status conference.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  November 23, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764